OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE: P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

U.S. POSTAGE ≫ PITNEY BOWES

WR-32,756-12

10/28/2015

CAVITT, DONALD RAY JR.          Tr. Ct. No. FR 44130-K

This Court has previously entered an order citing you for abuse of the writ of habeas corpus. The application for writ of habeas corpus filed by you in the 27th District Court, received by this Court on Wednesday, October 14, 2015, does not satisfy the requirements for consideration set out in the order described above. Therefore, the Court will take no action on this writ.

Abel Acosta, Clerk

DONALD RAY CAVITT JR.
MTC - WEST TEXAS ISF - TDC # 1888682
P.O. BOX 1359
BROWNFIELD, TX 79316